

FILED

JAN 1 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case №: 1:19-CR-00268-1-LJO |
|---|---|
| Plaintiff, | ) **O R D E R** |
| vs. | ) **APPOINTING COUNSEL** |
| FERNANDO VALENCIA, | ) |
| Defendant. | ) |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Darryl Young is appointed, in place of the Federal Defenders, to represent the above defendant in this case effective *nunc pro tunc* to January 7, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **January 13, 2020**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE