PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00268-NONE-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| FERNANDO VALENCIA, | |
| Defendant. | |

On November 30, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Fernando Valencia, forfeiting to the United States the following property:

    a.    a Rock Island, .45 caliber, Model 1911 handgun, and

    b.    all ammunition seized in connection with this case.

Beginning on December 10, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

///

Final Order of Forfeiture      1

On May 25, 2021, the United States sent direct written notice by certified mail to the following individuals or entities known to have an alleged interest in the above-described property: Jason Juan Manuel Padilla, 1460 Mesa Creek Drive, Patterson, CA 95363. On June 7, 2021, the notice was returned to the U.S. Attorney's Office marked as "return to sender, attempted – not known, unable to forward."

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Fernando Valencia and Jason Juan Manuel Padilla, whose rights to the below-listed property are hereby extinguished:

    a. a Rock Island, .45 caliber, Model 1911 handgun, and

    b. all ammunition seized in connection with this case.

2. The above-listed property shall be disposed of according to law.

3. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **June 22, 2021**

_____
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture

2